UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 04-562 (RBW) |
| ALLAN BAILEY, a/k/a Allan Bayley a/k/a/ "Stitch" | : **UNSEALED** |
| | : FILED UNDER SEAL |
| HARRY WRIGHT III, a/k/a/ Harry Woods a/k/a/ "Hollywood" | : **FILED** |
| CLARISSA LEONARD, | : MAY 2 4 2005 |
| SHIRLENE WILLIAMS, | : NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| Defendants | : |

## MOTION TO SEAL

The United States respectfully moves this Court to place under seal until further notice of the Court, the Indictment, the Motion to Seal and the Court's order to seal. In support thereof, the government alleges the following:

The indictment in this case is the result of a long-term investigation into an international cocaine trafficking organization operating in Barbados and Grenada, West Indies the United States and elsewhere. The investigation is ongoing. The defendants Allan Bailey and Harry Wright III have been arrested on the original indictment and currently are in custody. After the return of this Superseding Indictment, United States government must begin the process of locating and/or arresting the other defendants. On March 9, 2005, a Criminal Complaint and Arrest Warrants were issued for Clarissa Leonard (LEONARD), and Shirlene Williams

(WILLIAMS), United States District Court for the district of Columbia Case Number 05-0120M-01. DEA has been unsuccessful in effecting an arrest at this time on those warrants. Although they have an address for LEONARD, DEA believes that she is avoiding the agents, and family members appear to be uncooperative. WILLIAMS left her place of employment and DEA has not located her. The confidentiality of the indictment and possibly the safety of cooperating individuals could be compromised by the premature release of the information contained in the indictment. In order to preserve the secrecy of the case until the defendants are taken into custody, the government respectfully requests that the Court grant the government's motion to seal. *See Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991). The government further requests that the government be permitted to disclose the Indictment to persons necessary to effect the arrest and/or extradition of the defendants.

        Respectfully submitted,

        MICHAEL WALTHER, Acting Chief
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice
        Washington, D.C. 20005

By: *[signature]*

        Stephen M. May
        Patrick Askin
        Trial Attorneys
        Narcotic and Dangerous Drug Section
        (202) 514-0917