UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 04-565 (RBW) [handwritten: 04-562] |
| ALLAN BAILEY, | : **UNSEALED** |
| a/k/a Allan Bayley | : |
| a/k/a/ "Stitch" | : |
| | : FILED UNDER SEAL |
| HARRY WRIGHT III, | : |
| a/k/a/ Harry Woods | : |
| a/k/a/ "Hollywood" | : |
| | : |
| CLARISSA LEONARD, | : |
| | : |
| SHIRLENE WILLIAMS, | : |
| | : |
| Defendants | : |

**FILED MAY 24 2005**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the Government's Motion to Seal the Indictment, it is hereby

ORDERED, this __24th__ day of May 2005, that the Motion to Seal, the Indictment, and this Court's ORDER be sealed until further Order of this Court.

It is further:

ORDERED, that the Government may disclose the Indictment to persons necessary to effect the arrest and/or extradition of the defendants.

_____
ALAN KAY
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

DATE: 5-24-05