CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC 20001
June 20, 2005

UNITED STATES OF AMERICA

V.                                        Criminal No. 04-562-03

CLARISSA LEONARD

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE SET FOR: RETURN ON BENCH WARRANT/ARRAIGNEMENT
DATE:          JUNE 23, 2005
TIME:          1:45 PM
JUDGE:         MAG. FACCIOLA

COURTROOM: No. 4  -  SECOND Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

cc:   Chambers                By: Lynn Coln for Mattie Powell-Taylor 354-3184
      File                              Deputy Clerk
      Courtroom Clerk
      Nancy Kimbrough (FPD)
      Michael Dilorenzo (AUSA)
      Pretrial Services
      Probation

IF NECESSARY, DEFENSE COUNSEL PLEASE HAVE DEFENDANT INTERVIEWED BY PRETRIAL SERVICES BEFORE SCHEDULED COURT DATES; STATUS CONFERENCE SET BEFORE JUDGE WALTON IN COURTROOM 5, 2ND FLOOR ON JULY 6, 2005 AT 9:00 AM;

ANY QUESTIONS CONTACT JUDGE WALTON'S COURTROOM CLERK AT ABOVE TELEPHONE NUMBER;