UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

June 21, 2005

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
1834 E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTIONAL AVE., N.W.
WASHINGTON, D.C. 20001-2802

RE: U.S.A. V. CLARISSA LEONARD
PA#05-M-628  DC# 04-562

Dear Clerk:

We herewith enclose the original record, together with a certified copy of the docket entries, in the above captioned case which has been transferred to your District pursuant to RULE 5(c).

Kindly acknowledge receipt on the copy of the letter provided.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _____
JIM CRUZ, Deputy Clerk

---

Received above material or record file this ____ day of ____, 2005.

Signature: _____
Date: _____

crfl

CLOSED

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CRIMINAL DOCKET FOR CASE #: 2:05-mj-00628-UJ-ALL
# Internal Use Only

Case title: USA v. LEONARD

Date Filed: 06/13/2005

Assigned to: UNASSIGNED JUDGE

**Defendant**

**CLARISSA LEONARD** (1)
*TERMINATED: 06/21/2005*

represented by KENNETH C. EDELIN, JR.
FEDERAL DEFENDERS
SUITE 540 WEST
CURTIS CENTER
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106
215-928-1100
Email: kenneth_edelin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 6/21/05
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Plaintiff**

USA            represented by **CHRISTOPHER R. HALL**
ASSISTANT U.S. ATTORNEY
615 CHESTNUT STREET
SUITE 1250
PHILA, PA 19106-4476
215-861-8432
Fax: 215-861-8618
Email: chris.hall@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2005 | 1 | Minute Entry for proceedings held before Judge DIANE M. WELSH: Initial Appearance in Rule 5(c)(3) Proceedings as to CLARISSA LEONARD held on 6/13/2005. ATTORNEY CHRISTOPHER R. HALL for USA, KENNETH C. EDELIN, JR for CLARISSA LEONARD ADDED IN CASE. No bail is set. Defender Assoc. appointed. Deft. waives identity. Court continues matter to 6/16/05. Deft. temp. detained. Court Reporter ESR.(jcz, ) (Entered: 06/13/2005) |
| 06/13/2005 | 2 | CJA 23 Financial Affidavit by CLARISSA LEONARD. (jcz, ) (Entered: 06/13/2005) |
| 06/13/2005 | 3 | WAIVER of Rule 40 Hearings by CLARISSA LEONARD. (jcz, ) (Entered: 06/13/2005) |
| 06/14/2005 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER AS TO CLARISSA LEONARD. Signed by Judge DIANE M. WELSH on 6/14/05. 6/14/05 Entered and Copies Mailed. (jcz, ) (Entered: 06/14/2005) |
| 06/20/2005 | 5 | Minute Entry for proceedings held before Judge DIANE M. WELSH: Detention Hearing as to CLARISSA LEONARD held on 6/16/2005. No bail is set. Govt. motion for detention pending removal to Washington, D.C. is Granted. Court Reporter ESR.(jcz, ) (Entered: 06/20/2005) |
| 06/20/2005 | 6 | COMMITMENT TO ANOTHER DISTRICT AS TO CLARISSA LEONARD, THAT THE U.S. MARSHAL SHALL TRANSPORT THE DEFT. TO THE DISTRICT OF OFFENSE, ETC.. Signed by Judge DIANE M. WELSH on 6/17/05. 6/20/05 Entered. (jcz, ) (Entered: 06/20/2005) |
| 06/21/2005 | | RULE 5(c) Transfer to DISTRICT OF COLUMBIA as to CLARISSA LEONARD. (jcz, ) (Entered: 06/21/2005) |
| 06/21/2005 | | ***Case Terminated as to CLARISSA LEONARD (jcz, ) (Entered: 06/21/2005) |

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

EASTERN District of PENNSYLVANIA

UNITED STATES OF AMERICA
v.
CLARISSA LEONARD

## COMMITMENT TO ANOTHER DISTRICT

FILED JUN 20 2005 MICHAEL E. KUNZ, Clerk By _____ Dep. Clerk

(6)

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 04-562 | 05-628-M |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of   21   U.S.C. §   963 and 959

**DISTRICT OF OFFENSE** District of Columbia

**DESCRIPTION OF CHARGES:**

conspiracy to distribute five kilogram of cocaine knowing or intending that the cocaine will be unlawfully imported into US.

Distribution of five kilogram of cocaine

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) Deft detained pending removal to District of Columbia

**Representation:**   ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

June 17, 2005
Date

_Diane M. Welsh_
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

<u>BAIL STATUS SHEET</u>

FILED
JUN 2 0 2005
MICHAEL E. KUNZ, 
          Dep...

PTD/RULE 40

**DIANE M. WELSH**

**U. S. MAGISTRATE JUDGE**

DATE: June 16, 2005

ESR Operator: Sharon Carter

UNITED STATES OF AMERICA       :

Eric Henson, Esq.
Assistant U.S. Attorney

V.                              :   Docket No. 05-628-M

Clarissa Leonard                    Kenneth Edelin, Esq.
Defendant                       :   Defense Counsel

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, Rule 9(c)(1), or after hearing pursuant to defendant's motion, the bail status as to the above-named defendant is as follows:

    No Bail is SET

    Other Change or Conditions: Govt's motion for detention pending removal to Washington, DC **granted**.

JUANITA M. DAVIS
Deputy Clerk

**TIME IN COURT:** 10 MINUTES



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| CLARISSA LEONARD | : | NO. 05-628-M |

FILED
JUN 1 4 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

AND NOW, to wit, this 14th day of June, 2005, the above-named defendant having been examined and testified under oath or has otherwise satisfied the Court that he or she: (1) is financially unable to obtain representation by counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

ORDERED that Defender Association of Philadelphia, Federal Court Division, is hereby appointed pursuant to Title 18, § 3006A to represent said defendant in the above matter, said appointment shall remain in effect until terminated or a substitute attorney is appointed.

BY ORDER OF THE COURT

_____
Diane M. Welsh
United States Magistrate Judge

# United States District Court

**Eastern** DISTRICT OF **PA**

FILED JUN 13 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

UNITED STATES OF AMERICA

V.

Clarissa Leonard

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

Case Number: 05-628-M

I, __Clarissa Leonard__, understand that in the _____ District of __Columbia__, charges are pending alleging violation of _____ and that I have been arrested in this District and taken before a United States Magistrate ~~Judge~~, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary examination

(X) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Clarissa Leonard
Defendant

6/13/05
Date

_____
Defense Counsel

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE
|_____|
| V.S. |
|_____|

FOR
AT

**FILED**
JUN 1 8 2005
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

LOCATION NUMBER: 2

PERSON REPRESENTED (Show your full name): *Clarissa Leonard*

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 05-628-M
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed?  ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _they food stamps_
IF YES, how much do you earn per month? $ _welfare 148 month_
IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE / DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: / Creditors / Total Debt / Monthly Paymt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **6/13/05**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Clarissa Leonard*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**BAIL STATUS SHEET**

INITIAL APPEARANCE/RULE 40

**DIANE M. WELSH**

**U. S. MAGISTRATE JUDGE**

DATE: June 13, 2005

ESR Operator: Gregg Swierczynski

UNITED STATES OF AMERICA

Chris Hall
Assistant U.S. Attorney

V.      :      Docket No. 05-628-M

Clarissa Leonard            Kenneth Edelin, Esq.
Defendant          :      Defense Counsel

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, Rule 9(c)(1), or after hearing pursuant to defendant's motion, the bail status as to the above-named defendant is as follows:

    No Bail is SET

    Other Change or Conditions: Defender Association apptd.
Deft waives identity. Court continues matter to Thursday, June 16, 2005. Deft temporarily detained.

_____
JUANITA M. DAVIS
Deputy Clerk

**TIME IN COURT:   10   MINUTES**

==================================================================
DEFENDANT ARRESTED ON ___6/13/05___

IF ARRESTED ON REMOVAL SHOW DATE/LOCATION _____

STATUS: ____ Bail is set at $ _____      ____ Deft. is a juvenile

    ____ In custody  _____ Date placed in detention ____ Pending these federal charges

    ____ Already in custody on other federal charges

    ____ Pending state/local charges    Has detainer been lodged? YES/NO

    ____ Serving sentence on state conviction & appeared on writ

    ____ Deft. is pending removal to District of _____

FILED JUN 18 2005
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

# WARRANT FOR ARREST

CO-180 (Rev. 4/)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ALLAN BAILEY, et al.<br><br>DOB:         PDID: | DOCKET NO: **CR04-562-03**   MAGIS. NO:<br><br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>**CLARISSA LEONARD**    E.D. of PA<br>05-628-M |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WILL BE UNLAWFULLY IMPORTED INTO THE UNITED STATES.

DISTRIBUTION OF FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WILL BE UNLAWFULLY IMPORTED INTO THE UNITED STATES.

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _[signature]_
Deputy Clerk

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>21:§ 963; 21:§ 959; 18:§ 2 |
|---|---|

| BAIL FIXED BY COURT:<br>HWOB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>U. S. MAGISTRATE JUDGE<br>ALAN KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>ALAN KAY<br>U.S. MAGISTRATE JUDGE | DATE ISSUED:<br>05/24/05 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>_[signature]_ | DATE:<br>05/24/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |
| HIDTA CASE: Yes   No X | | OCDETF CASE: Yes   No X |