**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**\* \* \***

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| **v.** | ) CR NO 04-0562 (RBW) |
| | ) |
| | ) |
| **CLARISSA LEONARD,** | ) |
| | ) |
| **Defendant.** | ) |

_____

**NOTICE OF ASSIGNMENT**

        The above captioned case has been assigned to the Assistant
Federal Public Defender specified below.  Please send all notices
and inquiries to this attorney at the address listed.

                    Respectfully submitted,

                    A.J. KRAMER
                    FEDERAL PUBLIC DEFENDER


                              /S/
                    By:_____
                    TONY W.MILES
                    Assistant Federal Public Defender
                    625 Indiana Avenue, N.W., Suite 550
                    Washington, D.C.  20004
                    (202) 208-7500

                    **CERTIFICATE OF SERVICE**

        I certify that a copy of the foregoing instrument was served
this 20TH day of July 2005 upon BARRY WIEGAND, Office of the
United States Attorney for the District of Columbia, 555 Fourth
Street., N.W., Washington, D.C. 20538.

                              /S/
                    By:_____
                    TONY W. MILES