UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 04-562-03 (RBW) |
| ) | |
| CLARISSA LEONARD ) | |
| ) | |

### MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR THE APPOINTMENT OF NEW COUNSEL

Undersigned counsel recently learned that the Office of the Federal Public Defender for the District of Columbia can no longer represent Clarissa Leonard due to a conflict of interest. For this reason, the Federal Public Defender's office moves at this time to withdraw as counsel in this case.

Joanne Slaight, Esquire, a member of the Criminal Justice Act Panel, has agreed to represent Ms. Leonard. Ms. Slaight is aware of Ms. Leonard's next court date and has informed undersigned counsel that she will be present at the next court proceeding in this matter. Therefore, it is further requested that Joanne Slaight be appointed as Ms. Leonard's new counsel.

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202)  208-7500