UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) Criminal Case No.: 05-562-03 (RBW)
)
CLARISSA LEONARD, )
)
Defendant. )

## ORDER

Currently before the Court is the defendant's Motion to Withdraw as Counsel and Request for the Appointment of New Counsel. It is hereby this 20th day of October, 2005

**ORDERED** that the defendant's motion is **GRANTED**. It is further

**ORDERED** that Joanne Slaight, Esq. is appointed to represent the defendant.

**SO ORDERED.**

Reggie B. Walton
United States District Judge