UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ] <br> ] <br> v.   ] <br> ] <br> CLARISSA LEONARD ] <br> ] | Criminal No. 04-562-03 <br> Judge Walton |

## JOINT MOTION FOR CONTINUED STATUS HEARING

Defendant Clarissa Leonard, through undersigned counsel, and the government, respectfully move this Court to continue her status hearing date, presently scheduled for November 18, 2005, pursuant to DCDC Rule 111.

In support of this motion defendant states the following:

1. This case is presently scheduled for status hearing November 18, 2005.

2. The government and defense are in continuing negotiations which are expected to lead to a disposition of this case. Both parties believe that it is in the best interest of the parties to continue the hearing.

3. The parties recommend that the case be continued for a status hearing on Friday, December 9, 2005, or in the alternative, that Ms. Leonard's presence be waived on November 18, because she is not in the District of Columbia.

1

WHEREFORE, for these and such other reasons as may be advanced at a hearing on this motion, the defendant respectfully requests that the present status date be postponed, and a new status hearing date set.

Respectfully submitted,

_____
Joanne D. Slaight, #332866
717 5th Street, N.W.
Washington, DC  20001
Phone (202) 408-2041


_____
Joanne Slaight for AUSA Stephane Latour