UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ] ] ] | |
| v. | ] ] | Criminal No.  04-562-03 |
| CLARISSA LEONARD | ] ] ] | Judge Walton |

**ORDER**

Upon joint motion of the parties for continuance of the status hearing date, and for good cause shown, it is hereby

ORDERED

That the present status hearing date scheduled for Clarissa Leonard is continued, and a new status hearing date of _____ is set.

_____

JUDGE

DATE: