UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

FILED

NOV 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| v. | ]   Criminal No. 04-562-03 |
| | ]   Judge Walton |
| CLARISSA LEONARD | ] |

### ORDER

Upon joint motion of the parties for continuance of the status hearing date, and for good cause shown, it is hereby

ORDERED

That the present status hearing date scheduled for Clarissa Leonard is continued, and a new ~~status hearing~~ Plea date of 12/9/05 @ 2:00pm is set.

_____
JUDGE

DATE: November 15, 2005